ORIGINAL

United States Courts
Southern District of Texas
ENTERED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

APR 1 4 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Paul Paisley, on Behalf of Himself and Others Similarly Situated, *Plaintiffs* | § § § § | CIVIL ACTION NO: H-04-4173 |
| vs. | § § | |
| Lincoln Property Company, *Defendant* | § § | COLLECTIVE ACTION |

## ORDER ON STIPULATION TO DISMISS

After considering the parties' stipulation to dismiss, the Court

**GRANTS** the stipulation and dismisses the case with prejudice.

Signed on __12__ day April, 2005, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Howard L. Steele, Jr.